IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02732-MSK

MARIA JARA-ECKMAN; and
GREGORY LEE ECKMAN,

      Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC., an Indiana corporation; and
JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation,

      Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*.  The undersigned is a beneficiary of a trust whose assets include shares in one of the parties.  Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

    Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.  The Clerk shall randomly reassign this case to another judge of this Court.

    DATED this 7th day of November, 2012.

                                            BY THE COURT:

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge